**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

DEVON HEATH LEMAY                                                                                        PLAINTIFF
ADC #140168

v.                                              NO. 4:14CV00626 JLH

MATTHEW MAZOCH, M.D., UAMS;
JOHN STEPHENSON, M.D., UAMS;
and TINA WILLIAMS, Medical Assistant, UAMS                                    DEFENDANTS

## ORDER

The Court has previously determined that the plaintiff would benefit from the appointment of counsel. *See* document #25.

IT IS THEREFORE ORDERED that pursuant to Local Rule 83.7, Thomas A. Young, of the law firm of Hale, Young, Jackson & Partlow, 66 Mound City Road, Marion, Arkansas, is hereby appointed to represent plaintiff, Devon Heath Lemay, in all further proceedings.

The Clerk of Court is directed to send plaintiff and counsel a copy of this Order and a copy of Local Rule 83.7.

IT IS SO ORDERED this 30th day of March, 2015.

                                                                                    _____
                                                                                    J. LEON HOLMES
                                                                                    UNITED STATES DISTRICT JUDGE